B. Wolff from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon respondent and that the time within which to file a response has expired;

It is ordered that the said Jerome B. Wolff be disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 75–6257.  GREGG v. GEORGIA.  Sup. Ct. Ga.;

No. 75–5394.  JUREK v. TEXAS.  Ct. Crim. App. Tex.;

No. 75–5491.  WOODSON ET AL. v. NORTH CAROLINA. Sup. Ct. N. C.;

No. 75–5706.  PROFFITT v. FLORIDA.  Sup. Ct. Fla.; and

No. 75–5844.  ROBERTS v. LOUISIANA.  Sup. Ct. Ala. [Certiorari granted, 423 U. S. 1082.]  Motion of Amnesty International for leave to file a brief as *amicus curiae* granted.

No. 75–73.  BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. v. BAIRD ET AL.; and

No. 75–109.  HUNERWADEL v. BAIRD ET AL.  Appeals from D. C. Mass.  [Probable jurisdiction noted, 423 U. S. 982.]  Motion of Thomas P. McMahon, Esquire, to permit Brian A. Riley, Esquire, to argue *pro hac vice* on behalf of appellant in No. 75–109 granted.

No. 75–260.  McDONALD ET AL. v. SANTA FE TRAIL TRANSPORTATION CO. ET AL.  C. A. 5th Cir.  [Certiorari granted, 423 U. S. 923.]  Motion of petitioners for additional time for oral argument denied.  Alternative request to cede 10 minutes of allotted time for oral argument to the Solicitor General as *amicus curiae* granted.